UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MATCHPOINT SOLUTIONS, a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>INFORMATION MANAGEMENT CONSULTING, INC., a Texas corporation, and FRANCIS T. KHUONG, an individual,<br><br>　　　　　　Defendants.<br>_____/ | No. C 12-02472 LB<br><br>ORDER |

On June 28, 2012, Defendants filed a Motion to Dismiss that appears not to comply with the Civil Local Rules. First, the court observes that counsel for Defendants does not indicate that he is an active member in good standing of the Bar of this court, as required by Civil Local Rule 11-1. If counsel is not admitted to this Bar, he is directed to comply with Civil Local Rule 11-1 or 11-3, whichever is applicable.

Second, Defendants' motion does not comply with other Civil Local Rules governing the format of pleadings, including L.R. 3-4(a), and 3-4(c). Third, the court directs Defendants to ensure that they comply with this court's Standing Order, available at http://www.cand.uscourts.gov/lborders. In future filings, Defendants are directed to comply with all applicable rules and orders.

Finally, Defendants' motion does not comply with Civil Local Rule 7-2, which requires all motions to be noticed on the motion calendar of the assigned Judge for hearing not less than 35 days

after service of the motion.  Accordingly, the court sets the hearing on Defendants' Motion to Dismiss for September 6, 2012 at 11:00 a.m.  If the parties agree, they may reschedule the hearing for 11:00 a.m. on the first or third Thursday of any month, subject to any other applicable rules or orders.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge